UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD H. WARREN,

                Plaintiff,

   v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, STAFFORD CREEK CORRECTIONS CENTER, ERIC JACKSON, DAN VAN OGLE, PAT GLEBE, CUS SHANAHAN, WILLIAM COPLAND, and ABRAM CLARK,

                Defendants.

No. C11-5686 BHS/KLS

ORDER DENYING "OBJECTIONS" TO DISCOVERY

On April 2 and 5, 2012, Plaintiff filed "Objections and Responses to Defendants' Objections, Answers, and Responses" to discovery. ECF Nos. 39 and 40. Within these documents, Plaintiff asks the Court, *inter alia,* to compel the Defendants to provide complete and entire responses to his discovery requests. These documents were not filed as motions to compel and neither document contained a certification by Plaintiff that he has conferred with counsel for Defendants in an attempt to resolve any discovery dispute.

While a party may apply to the court for an order compelling discovery "upon reasonable notice to other parties and all persons affected thereby," the motion must also include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without

ORDER- 1

court intervention." Fed. R. Civ. P. 37(a)(2)(B).  In addition, "[a] good faith effort to confer with a party or person not making a disclosure or discovery requires a face-to-face meeting or a telephonic conference."  Local Rule CR 37(a)(2)(A).

The Court anticipates that the parties will confer and make a good faith effort to resolve any discovery disputes without Court interference.  If the parties cannot amicably resolve this issue, Plaintiff may file a motion to compel, and shall include a certification stating that their efforts were unsuccessful, and shall identify those areas of disagreement that remain unresolved. The Court will not address any motion which lacks such a certification.

Accordingly, it is **ORDERED**:

(1) The Court will take no action on the documents filed at ECF Nos. 39 and 40.

(2) The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  12th  day of April, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2