UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD H. WARREN,<br><br>                         Plaintiff,<br>  v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, STAFFORD CREEK CORRECTIONS CENTER, ERIC JACKSON, DAN VAN OGLE, PAT GLEBE, CUS SHANAHAN, WILLIAM COPLAND, ABRAM CLARK,<br><br>                         Defendants. | No. C11-5686 BHS/KLS<br><br>ORDER GRANTING MOTION TO CONTINUE JOINT STATUS REPORT |

Before the Court is Defendants' Motion to Continue Joint Status Report. ECF No. 70. The deadline for filing the joint status report is December 7, 2012. Defendants' motion for summary judgment (ECF No. 56) is pending. The motion has been addressed under separate Report and Recommendation.

Accordingly, it is **ORDERED:**

(1) Defendants' motion to continue (ECF No. 70) is **GRANTED.** The deadline for filing the joint status report shall be continued pending the Court's ruling on Defendants' motion for summary judgment (ECF No. 56).

(2) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this  6th  day of December, 2012.

                                                         Karen L. Strombom
                                                         United States Magistrate Judge

ORDER- 1